UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
NATIONAL LIABILITY & FIRE
INSURANCE as subrogee of INTRACO
CORP. and INTRACO CORP.,

                      Plaintiffs,      08 CV    (    )

    - against -

M/V SL COMMITMENT, her engines,
boilers, appurtenances, etc., and A.P.
MOLLER-MAERSK A/S d/b/a MAERSK-
SEALAND and/or MAERSK LINE,

                      Defendants.
-----------------------------------------------------------X



Rule 7.1 Statement
RECEIVED
MAY 30 2008
U.S.D.C. S.D. N.Y.
CASHIERS

        Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

**NONE**

Date:  May 30, 2008

                                                   Daniel G. McDermott (DM 3449)