Daniel G. McDermott  (DM 3449)
Lori J. Quinn (LQ 1468)
McDERMOTT & RADZIK, LLP
Attorneys for Plaintiff
Wall Street Plaza
88 Pine Street, 21st Floor
New York, New York  10005-1801
(212) 376-6400


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
NATIONAL LIABILITY & FIRE
INSURANCE as subrogee of INTRACO
CORP. and INTRACO CORP.,

                              Plaintiffs,        **ECF CASE**

      - against -                        08 CV 5017 (PKC)

M/V SL COMMITMENT, her engines,        **NOTICE OF DISMISSAL**
boilers, appurtenances, etc., and A.P.
MOLLER-MAERSK A/S d/b/a MAERSK-
SEALAND and/or MAERSK LINE,

                              Defendants.
-------------------------------------------------X


**PLEASE TAKE NOTICE THAT,** Plaintiffs, National Liability & Fire Insurance as subrogee of Intraco Corp. and Intraco Corp., by its attorneys, McDERMOTT & RADZIK, LLP, having agreed to a settlement of the captioned claim and prior to any responsive pleading being filed by defendants, hereby dismisses this action pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: New York, New York
       June 24, 2008

                                        McDERMOTT & RADZIK, LLP

                              BY: _____
                                        Daniel G. McDermott (DM 3449)
                                        Lori J. Quinn (LQ 1468)
                                        Wall Street Plaza
                                        88 Pine Street, 21st Floor
                                        New York, New York 10005-1801
                                        (212) 376-6400
                                        File:  88-08-6 DGM/LJQ

TO:    A.P. MOLLER A/S
         d/b/a Maersk-Sealand and/or Maersk Line
         c/o Maersk-Sealand
         3 Giralda Farms
         Madison, NJ  07940

         Attention:  James A. Wang

2