Daniel G. McDermott (DM 3449)
Lori J. Quinn (LQ 1468)
McDERMOTT & RADZIK, LLP
Attorneys for Plaintiff
Wall Street Plaza
88 Pine Street, 21st Floor
New York, New York 10005-1801
(212) 376-6400

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/16/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
NATIONAL LIABILITY & FIRE
INSURANCE as subrogee of INTRACO
CORP. and INTRACO CORP.,

        Plaintiffs,  ECF CASE

  - against -  08 CV 5017 (PKC)

M/V SL COMMITMENT, her engines,  **NOTICE OF DISMISSAL**
boilers, appurtenances, etc., and A.P.
MOLLER-MAERSK A/S d/b/a MAERSK-
SEALAND and/or MAERSK LINE,

        Defendants.
----------------------------------------X

**PLEASE TAKE NOTICE THAT,** Plaintiffs, National Liability & Fire Insurance as subrogee of Intraco Corp. and Intraco Corp., by its attorneys, McDERMOTT & RADZIK, LLP, having agreed to a settlement of the captioned claim and prior to any responsive pleading being filed by defendants, hereby dismisses this action pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: New York, New York
       June 24, 2008

            McDERMOTT & RADZIK, LLP

          BY: _____
            Daniel G. McDermott (DM 3449)
            Lori J. Quinn (LQ 1468)
            Wall Street Plaza
            88 Pine Street, 21st Floor
            New York, New York 10005-1801
            (212) 376-6400
            File: 88-08-6 DGM/LJQ

TO: A.P. MOLLER A/S
    d/b/a Maersk-Sealand and/or Maersk Line
    c/o Maersk-Sealand
    3 Giralda Farms
    Madison, NJ 07940

    Attention: James A. Wang

*SO ORDERED*
[Signature]
USDJ
7-16-08

2